# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON VERRET

VERSUS

MATT VERRETT AND JENNIFER
BLUSKE

NO.  2026 CW 0293

**MARCH 9, 2026**

---

In Re:   Sharon  Verret  and  Quincy  Verret,  applying  for
supervisory writs, 32nd Judicial District Court, Parish
of Terrebonne, No. 194338.

---

**BEFORE:   MCCLENDON, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT